Fill in this information to identify your case:

Debtor 1: Cheryl Ann Plitt
Debtor 2 (Spouse, if filing): Jeffrey Thomas Plitt

United States Bankruptcy Court for the: Eastern District of Wisconsin

Case number (If known): 16-29686-BEH

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes. In which community state or territory did you live? Wisconsin. Fill in the name and current address of that person.

   Jeffrey Thomas Plitt
   Name of your spouse, former spouse, or legal equivalent
   235 West Water Street
   Number       Street
   Brillion        WI      54110
   City            State   ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** Robyn Plitt<br>992 3rd St<br>Menasha, WI 54952 | ☐ Schedule D, line ___<br>☐ Schedule E/F, line 4.23<br>☐ Schedule G, line ___ |
| **3.2** West End Lighting, LLC<br>133 Wisconsin Ave<br>Brillion, WI 54110 | ☐ Schedule D, line ___<br>☐ Schedule E/F, line 4.24<br>☐ Schedule G, line ___ |
| **3.3** Robyn Plitt<br>992 3rd St<br>Menasha, Wi 54952 | ☐ Schedule D, line ___<br>☐ Schedule E/F, line 4.30<br>☐ Schedule G, line ___ |

Official Form 106H          Schedule H: Your Codebtors          page 1 of 2

Case 16-29686-beh    Doc 14    Filed 10/14/16    Page 1 of 2

| Debtor 1 | Cheryl | Ann | Plitt | Case number (if known) 16-29686-BEH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page to List More Codebtors

**Column 1:** Your codebtor

**Column 2:** The creditor to whom you owe the debt

Check all schedules that apply:

**3.4**
Name: West End Lighting, LLC
Number Street: 133 Wisconsin Ave
City: Brillion    State: WI    ZIP Code: 54110

☐ Schedule D, line _____
☐ Schedule E/F, line 4.32
☐ Schedule G, line _____

**3.5**
Name: Plitt International, LLC
Number Street: 235 West Water St
City: Brillion    State: WI    ZIP Code: 54110

☐ Schedule D, line _____
☐ Schedule E/F, line 4.32
☐ Schedule G, line _____

**3.6**
Name: Cedrela Consulting, Inc
Number Street: 4700 Norman Train
City: Austin    State: TX    ZIP Code: 78749

☐ Schedule D, line _____
☐ Schedule E/F, line 4.32
☐ Schedule G, line _____

**3.7**
Name: Robert Heckler
Number Street: 4700 Norman Trail
City: Austin    State: TX    ZIP Code: 78749

☐ Schedule D, line _____
☐ Schedule E/F, line 4.32
☐ Schedule G, line _____

**3.8**
Name: Plitt International, LLC
Number Street: 235 West Water Street
City: Brillion    State: WI    ZIP Code: 54110

☐ Schedule D, line _____
☐ Schedule E/F, line 4.16
☐ Schedule G, line _____

**3.9**
Name: West End Lighting, LLC
Number Street: 133 Wisconsin Ave
City: Brillion    State: WI    ZIP Code: 54110

☐ Schedule D, line _____
☐ Schedule E/F, line 4.16
☐ Schedule G, line _____

**3.10**
Name: Brillion Realty, LLC
Number Street: 235 West Water Street
City: Brillion    State: WI    ZIP Code: 54110

☐ Schedule D, line _____
☐ Schedule E/F, line 4.33
☐ Schedule G, line _____

**3.11**
Name: Brillion Realty, LLC
Number Street: 235 West Water Street
City: Brillion    State: WI    ZIP Code: 54110

☐ Schedule D, line _____
☑ Schedule E/F, line 4.34
☐ Schedule G, line _____

Official Form 106H    Schedule H: Your Codebtors    page 2 of 2