THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 23, 2016



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>Cheryl Ann Plitt and<br>Jeffrey Thomas Plitt,<br>        Debtors. | Chapter 7<br>Case No. 16−29686−beh |

## ORDER DISMISSING CASE

The Debtors either failed to file or failed to complete documents required under Bankruptcy Code § 521 within 45 days of the filing of the petition. The Bankruptcy Code requires "automatic dismissal" of this case for failure to file this information.

The Court ORDERS that the Debtors' bankruptcy case is dismissed immediately for either failure to file or failure to complete:

- **Statement of Financial Affairs**

####