UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                             CASE NO. 16-29686-BEH

Cheryl Ann Plitt
Jeffrey Thomas Plitt

                    Debtors                 Chapter 7

## STATEMENT OF ABANDONMENT

Pursuant to the Notice of Trustee's Proposed Abandonment which was duly mailed to creditors and parties in interest, and no timely objections having been filed and sustained, the trustee hereby abandons the Estate's interest in the following property:

1. 235 W Water Street, Brillion, WI
2. 133 Wisconsin Avenue, Brillion, WI
3. 2001 Honda Accord
4. 2000 Lincoln Navigator
5. 2002 Chevy Express Van
6. 2013 Kia Soul
7. 1979 Kawasaki
8. 1971 Cape Dory
9. Household goods
10. Electronics
11. Collectibles of Value
12. Equipment for sports and hobbies
13. 3 pistols, 2 shotguns, ammunition, gun safe
14. Clothes
15. Jewelry
16. 9 year old maltese
17. 15 plastic totes
18. Cash
19. Verve Advantage
20. Bank Mutual
21. Verve Advantage savings
22. Bank Mutual Savings
23. 100% of Northstar LED
24. 100% of Plitt International Solutions LLC
25. 100% of Fly Wisconsin LLC
26. 100% of Brighten Realty LLC
27. 100% of Brillion Realty LLC

28. 100% of Plitt International LLC
29. Pinewood Holdings LLC (self directed IRA)
30. Transamerica Retirement Account
31. Trademark: Where West Meets Eats; brillionhomes.com; plittinternational.com; brightenrealty.com; northstarled.com; subzerowholesale.com
32. broker license, air transport rating, flight instructor certificate, ground instructor certificate, A and P Mechanic Certificate, International Radio Station License
33. Genworth Life & Annuity
34. Genworth LIfe & Annuity
35. HSA-Optum Bank
36. Homeowners Insurance: Calumet Equity Mutual Insurance
37. Auto Owners Insurance: office building
38. Auto Owners Insurance: office contents
39. National Health Insurance Company
40. Office: conference table and chairs
41. 100% of Colt Stein Family Limited Partnership

Dated in Oshkosh, Wisconsin this __24__ day of August, 2017.

*/s/ Paul G. Swanson*
Paul G. Swanson, Trustee

Paul G. Swanson
PO Box 617
Oshkosh, WI 54903-0617